1 | Jerry Budin
State Bar #88539
2 | LAW OFFICE OF JERRY BUDIN
2401 E. Orangeburg Ave., Ste. 675-309
3 | Modesto, California 95355
Telephone: (209) 544-3030
4 | Facsimile: (209) 544-3144

5 | Attorneys for Plaintiff,
LUIS CRUZ, et al.

6

7 | Jennifer K. Whipple
State Bar #196795
8 | HERUM CRABTREE BROWN
2291 West March Lane, Suite B100
9 | Stockton, CA 95207
Telephone: (209) 472-7700
10 | Facsimile: (209) 472-7986

11 | Attorneys for Defendants,
PRIORITY FREIGHT HANDLING INC.,
12 | FRANK GONZALES SR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(Sacramento Division)

| LUIS CRUZ, et al., | ) | CASE NO. 2:08-CV-0885 FCD GGH |
|---|---|---|
| Plaintiffs, | ) | STIPULATION AND ORDER TO AMEND BRIEFING SCHEDULE IN MINUTE ORDER |
| vs. | ) | |
| PRIORITY FREIGHT HANDLING, INC., et al., | ) | |
| Defendants. | ) | |

It is hereby stipulated by and between the parties, through their respective attorneys, as follows:

1. The Court previously entered a Minute Order (Doc. 11) on June 25, 2008 in which it set a briefing schedule and hearing date for plaintiff's Motion For Class Certification.

2.  The parties jointly request that those dates be modified for the following reasons:

    a.  Plaintiff's counsel has a prepaid vacation scheduled for November 19 to December 1, 2008.

    b.  The Thanksgiving holiday falls on November 27, 2008.

3.  Therefore, the parties request that this court amend its Minute Order (Doc. 11) to modify the briefing schedule and hearing dates as follows:

    a.  Deadline to file and serve plaintiff's motion for class certification - October 28, 2008;

    b.  Deadline to file and serve defendants' opposition papers - November 21, 2008.

    c.  Deadline to file and serve plaintiff's reply papers - December 5, 2008.

    d.  Hearing on plaintiff's class certification motion - December 19, 2008 at 10:00 a.m.

Dated: July 11, 2008        LAW OFFICE OF JERRY BUDIN

/s/ Jerry Budin
_____
JERRY BUDIN
Attorney for Plaintiffs,
LUIZ CRUS, et al.

Dated: July 11, 2008        HERUM CRABTREE BROWN

/s/ Jennifer K. Whipple
_____
JENNIFER K. WHIPPLE
Attorneys for Defendants,
PRIORITY FREIGHT HANDLING INC.,
et al.

///
///

**ORDER**

GOOD CAUSE APPEARING from the above stipulation, it is hereby ordered as follows:

1. The deadlines in the Minute Order (Doc. 11) are modified as follows:

    a. Deadline to file and serve plaintiff's motion for class certification - October 28, 2008;

    b. Deadline to file and serve defendants' opposition papers - November 21, 2008.

    c. Deadline to file and serve plaintiff's reply papers - December 5, 2008.

    d. Hearing on plaintiff's class certification motion - December 12, 2008 at 10:00 a.m.

2. In all other respects, the Minute Order remains in effect.

IT IS SO ORDERED.

Dated: July 11, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO AMEND MINUTE ORDER     CASE NO. CV 08-0885 FCD GGH