1  Jerry Budin
   State Bar #88539
2  LAW OFFICE OF JERRY BUDIN
   2401 E. Orangeburg Ave., Ste. 675-309
3  Modesto, California 95355
   Telephone: (209) 544-3030
4  Facsimile: (209) 544-3144

5  Attorneys for Plaintiff,
   LUIS CRUZ

6

7

8               UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10                 (Sacramento Division)

11

12 LUIS CRUZ,                    )    CASE NO. CV 08-0885 FCD GGH
                                 )
13             Plaintiff,        )    ORDER TO EXTEND DEADLINE
                                 )    TO FILE DISPOSITIONAL
14 vs.                           )    DOCUMENTS
                                 )
15 PRIORITY FREIGHT HANDLING,    )
   INC., et al.,                 )
16                               )
               Defendants.       )
17 _____ )

18

19     TO:  HONORABLE FRANK C. DAMRELL, JR. AND ALL PARTIES:

20     On September 24, 2008, the plaintiff filed a Notice Of

21 Settlement (Doc. 19) in this matter.  Thereafter, on September 24,

22 2008, the Court issued an Order (Doc. 20) setting a deadline of

23 October 24, 2008 for the filing of dispositional documents.  The

24 parties have diligently pursued drafting and execution of those

25 dispositional documents (i.e. settlement agreement and release),

26 but need additional time to complete them.  Therefore, the parties

27 request that the filing deadline be extended an additional two (2)

28 ///

ORDER TO EXTEND DEADLINE TO FILE DISPOSITIONAL          CASE NO. CV-08-0885 FCD GGH
DOCUMENTS

1  weeks to and including November 7, 2008.

2  DATED: October 23, 2008

3                                        LAW OFFICE OF JERRY BUDIN

4                                         /s/ Jerry Budin

5  _____

6                                        Jerry Budin
                                          Attorney for Plaintiff,
7                                         LUIS CRUZ

8

9                                **ORDER**

10       The Court having considered the above request and finding good

11  cause therefrom,

12       IT IS HEREBY ORDERED that the deadline for the filing of

13  dispositional documents in this matter is extended to and including

14  November 7, 2008.

15       IT IS SO ORDERED.

16  DATED: October 24, 2008

17                                  FRANK C. DAMRELL, JR.
                                    UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28